PATTERSON v. STATE. (No. 7743.) (Court of Criminal Appeals of Texas. June 6, 1923.) Appeal from Delta County Court; Joel H. Berry, Judge. C. F. Patterson was convicted of carrying concealed weapons, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The offense is the unlawful carrying of a pistol; punishment fixed at a fine of $100. No fundamental error has been discerned. No statement of facts is found, and no bills of exception accompany the record. The judgment is affirmed.

---

THOMAS v. STATE. (No. 7315.) (Court of Criminal Appeals of Texas. March 28, 1923. Rehearing Denied June 29, 1923.) Appeal from District Court, Denton County; C.

R. Pearman, Judge. J. B. Thomas was convicted of the unlawful manufacture of intoxicating liquor, and he appeals. Affirmed. J. B. Thomas, in pro. per. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Appellant was indicted for the manufacture of intoxicating liquor. Upon his plea of guilty, entered under the formality required by the statute, his punishment was fixed at one year in the penitentiary. On motion for new trial, the law under which conviction occurred was assailed as being antagonistic to the Eighteenth Amendment to the Constitution of the United States and provisions of what is known as the Volstead Act (41 Stat. 305). These legal questions have been settled adversely to appellant's contention in many opinions from this court, the leading case being Ex parte Gilmore, 88 Tex. Cr. R. 529, 228 S. W. 199. Clyde Chandler v. State of Texas (two cases) and John Chandler v. State of Texas (two cases) 43 Sup. Ct. 247, 67 L. Ed. —, were affirmed by the Supreme Court of the United States on January 8, 1923, in which the same contention was urged as that now insisted upon by appellant. The Chandler Cases were decided on the authority of Vigliotti v. Commonwealth of Pennsylvania, 258 U. S. 403, 42 Sup. Ct. 330, 66 L. Ed. 686, decided by the Supreme Court of the United States April 10, 1922, and United States v. Lanza et al., 43 Sup. Ct. 141, 67 L. Ed. —, decided by the same court December 11, 1922. The judgment is affirmed.

---

WATSON v. STATE. (No. 7786.) (Court of Criminal Appeals of Texas. June 13, 1923.) Appeal from District Court, Callahan County; W. R. Ely, Judge. Noisy Watson was convicted of forgery, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Callahan county of forgery, and his punishment fixed at two years in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment charged appellant with forging the name of one Scott to the indorsement upon a check. The charge of the court was responsive to the offense described in the indictment. Finding no error in the record, an affirmance will be ordered.